| | | |
|---|---|---|
| REGINA CLARK-PARKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROWAN-SALISBURY SCHOOL SYSTEM; | ) | |
| ROWAN-SALISBURY BOARD OF | ) | |
| EDUCATION; KEVIN JONES, in his | ) | |
| individual capacity; ALISHA BYRD- | ) | **NOTICE OF REMOVAL TO** |
| CLARK, in her individual capacity; TRAVIS | ) | **FEDERAL COURT** |
| ALLEN, in his individual capacity; SUSAN | ) | |
| COX, in her individual capacity; BRIAN | ) | |
| HIGHTOWER, in his individual capacity; | ) | |
| DEAN HUNTER, in his individual capacity; | ) | |
| JEAN KENNEDY, in her individual capacity; | ) | |
| and TONY WATLINGTON, in his individual | ) | |
| capacity, | ) | |
| | ) | |
| Defendants. | ) | |

Defendants Rowan-Salisbury School System; Rowan-Salisbury Board Of Education; Kevin Jones, in his individual capacity; Alisha Byrd-Clark, in her individual capacity; Travis Allen, in his individual capacity; Susan Cox, in her individual capacity; Brian Hightower, in his individual capacity; Dean Hunter, in his individual capacity; Jean Kennedy, in her individual capacity; and Tony Watlington, in his individual capacity (hereinafter "Defendants") by and through the undersigned counsel, respectfully removes the above-captioned action from the Superior Court of Mecklenburg County, North Carolina, to the United States District Court for the Western District of North Carolina, pursuant to 28 U.S.C. § 1331, § 1441(a), § 1446(b)(2), and §1367 based upon federal question jurisdiction.

In support of this this *Notice of Removal to Federal Court*, Defendants state as follows:

1. This action is being removed by Defendants to Federal Court based on federal question jurisdiction in that this action arises under the Constitution and laws of the United States.

2. On March 30, 2021, Plaintiff filed a Complaint in the Superior Court of Mecklenburg County, North Carolina, styled *Regina Clark-Parker v. Rowan-Salisbury School System; Rowan-Salisbury Board Of Education; Kevin Jones, in his individual capacity; Alisha Byrd-Clark, in her individual capacity; Travis Allen, in his individual capacity; Susan Cox, in her individual capacity; Brian Hightower, in his individual capacity; Dean Hunter, in his individual capacity; Jean Kennedy, in her individual capacity; and Tony Watlington, in his individual capacity*, which matter was assigned Civil Action No. 21 CVS 5010.

3. Defendants Dean Hunter and Jean Kennedy received notice of the Summons and Complaint on or about April 30, 2021. Defendants Rowan-Salisbury School System, Rowan-Salisbury Board Of Education, Kevin Jones, Alisha Byrd-Clark, Brian Hightower, Tony Watlington, Susan Cox and Travis Allen received notice of the Summons and Complaint the Summons and Complaint on or about May 3, 2021.

4. Pursuant to 28 U.S.C. § 1446(b), a copy of all attempted process and pleadings served upon Defendants are attached hereto as **Exhibit A**.

5. All of the defendants named in this action are being represented for purposes of this action by the undersigned counsel. All defendants consent to and join in the removal of this action to federal court.

6. This notice is being filed within thirty (30) days after the receipt by the Defendants, through service or otherwise; accordingly, this Notice is timely filed pursuant to 28 U.S.C. § 1446(b).

7.      In the Complaint filed by Plaintiff in Mecklenburg County, Plaintiff seeks money damages arising out of her employment as a Behavioral Specialist with Defendant Rowan-Salisbury Schools Systems and the alleged termination of her employment. Plaintiff has alleged various causes of action against Defendant, including that Defendants *Kevin Jones, in his individual capacity; Alisha Byrd-Clark, in her individual capacity; Travis Allen, in his individual capacity; Susan Cox, in her individual capacity; Brian Hightower, in his individual capacity; Dean Hunter, in his individual capacity; Jean Kennedy, in her individual capacity; and Tony Watlington, in his individual capacity* violated her federal constitutional rights and asserts claims a claim of race discrimination against said Defendant pursuant to 42 U.S.C. § 1983 and seeks recovery of attorney's fees under Title VII of the Civil Rights Act of 1964.

8.      In addition to the above noted federal claims, Plaintiff also asserts the following North Carolina State Law claims of: Discrimination in Violation of Public Policy pursuant to N.C. Gen. Stat. § 143-422.2; Violation of the North Carolina Retaliatory Employment Discrimination Act pursuant to N.C. Gen. Stat. § 95-241; Intentional Infliction of Emotional Distress; and seeks Punitive Damages pursuant to N.C. Gen. Stat. § 1D-15.

9.      Because this is a civil suit for damages arising under the laws of the United States, specifically, 42 U.S.C. § 1983, this case involves federal questions and federal jurisdiction is therefore founded upon 28 U.S.C. § 1331 and is removable to federal court pursuant to 28 U.S.C. § 1441(a).

10.      The United States District Court would be acting within its discretion by exercising supplemental jurisdiction over the above noted state claims asserted in the Complaint pursuant to 28 U.S.C. § 1367(a).

11. Based on federal question jurisdiction, Defendant contends that the aforesaid state action may be removed by Defendant pursuant to 28 U.S.C. § 1441. Defendant contends that the United States District Court would be acting within its discretion by exercising supplemental jurisdiction over the remaining state claims pursuant to 28 U.S.C. § 1367.

12. The United States District Court for the Western District of North Carolina – Charlotte Division is the District in which the aforementioned state court action is now pending. Therefore, the undersigned hereby removes this action from the aforesaid Superior Court of Mecklenburg County, North Carolina, in which it is now pending, to the United States District Court for the Western District of North Carolina – Charlotte Division.

13. Written notice of filing of this Notice of Removal will be served upon the adverse party in this action as required by law.

14. A copy of this Notice of Removal has been sent for filing with the Clerk of the Superior Court of Mecklenburg County, North Carolina, as shown by the Notice attached hereto as **Exhibit B**.

WHEREFORE, the Defendants Rowan-Salisbury School System; Rowan-Salisbury Board Of Education; Kevin Jones, in his individual capacity; Alisha Byrd-Clark, in her individual capacity; Travis Allen, in his individual capacity; Susan Cox, in her individual capacity; Brian Hightower, in his individual capacity; Dean Hunter, in his individual capacity; Jean Kennedy, in her individual capacity; and Tony Watlington, in his individual capacity hereby gives notice that this action has been removed from the Superior Court of Mecklenburg County, North Carolina, to the United States District Court for the Western District of North Carolina.

This the 26th day of May, 2021.

CRANFILL SUMNER LLP

BY:  /s/ Meredith F. Hamilton
Meredith F. Hamilton, State Bar #50703
*Attorney for Defendant*
Post Office Box 30787
Charlotte, North Carolina 28230
Telephone: (704) 332-8300
Facsimile: (704) 332-9994
mhamilton@cshlaw.com

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that the undersigned has this day electronically filed the foregoing ***Notice of Removal to Federal Court*** with the Clerk of Court using the CM/ECF system and served the same on all of the parties to this cause by depositing a copy hereof, postage prepaid, in the United States Mail, addressed as follows:

> Regina Clark-Parker
> 10505 Old Carolina Drive
> Charlotte, NC 28214
> *Pro Se Plaintiff*

This the 26th day of May, 2021.

CRANFILL SUMNER LLP

BY:   /s/ Meredith F. Hamilton
       Meredith F. Hamilton, State Bar #50703
       *Attorney for Defendant*
       Post Office Box 30787
       Charlotte, North Carolina 28230
       Telephone: (704) 332-8300
       Facsimile: (704) 332-9994
       mhamilton@cshlaw.com